■ In the Matter of Erin K., Respondent, v Johnnie C., Sr., Appellant. [849 NYS2d 870]—Appeal from an order of the Family

Court, Erie County (James H. Dillon, J.), entered September 19, 2006 in a proceeding pursuant to Family Court Act article 4. The order, inter alia, confirmed the finding of the Support Magistrate that respondent had willfully violated a prior child support order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Centra, Fahey and Gorski, JJ.